# EXHIBIT A

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

March 12, 2020

THE PRUDENTIAL INSURANCE CO OF AMERICA
2101 WELSH ROAD
DRESHER, PA 19025

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 20-CI-001491

COURT:  Circuit Court Clerk
        Jefferson County
        700 West Jefferson St.
        Louisville, KY 40202
        Phone: (502) 595-3055

Legal action has been filed against you in the captioned case.  As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   **(1)  Your attorney, or**
   **(2)  The attorney filing this suit whose name should appear on
          the last page of the complaint, or**
   **(3)  The court or administrative agency in which the suit is filed
          at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case.  Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.



| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **20-CI-001491**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

Plaintiff, ███████████████ ET AL VS. THE PRUDENTIAL INSURANCE, *Defendant*

TO:  **THE PRUDENTIAL INSURANCE CO OF AMERICA**

     **2101 WELSH ROAD**

     **DRESHER, PA 19025**

RECEIVED

MAR 10 2020

SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **2/26/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    _____

Date: _____, 20____       _____

                                   Served By

                                   _____

                                   Title

Summons ID: 226734816088955@00000941229
CIRCUIT: 20-CI-001491 Long Arm Statute – Secretary of State
███████████████ ET AL VS. THE PRUDENTIAL INSURANCE



Page 1 of 1



*Package :000002 of 000007*    *Package :000002 of 000007*    *Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)*

431037

Filed                    20-CI-001491    02/26/2020        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest      20-CI-001491    02/26/2020        /s/David L. Nicholson, Jefferson Circuit Clerk

NO. 20 CI \_\_\_\_\_                                         JEFFERSON CIRCUIT COURT
                                                           DIVISION _____

███████████████████████ BY AND THROUGH                                    PLAINTIFFS
HIS NEXT FRIEND AND CUSTODIAN, QUINTINA MCDOWELL
F/K/A QUINTINA GORE

AND

JAVEY L. BROWN
1718 BROOK LANE
ALLEN, TEXAS 75002

VS.                              **COMPLAINT**

                             *ELECTRONICALLY FILED*

THE PRUDENTIAL INSURANCE COMPANY                                          DEFENDANT
OF AMERICA
2101 WELSH ROAD
DRESHER, PA 19025

      SERVE: KENTUCKY SECRETARY OF STATE

                              \* \* \* \* \* \* \* \*

      Come the Plaintiffs, ████████████████ and Javey Brown, by and through counsel,

and for their Complaint against the Defendant, The Prudential Insurance Company of America,

hereby state as follows:

      1. This is a case related to the wrongful handling and payment of a claim filed to recover

proceeds of an employer sponsored life insurance policy that insured the life of Jacinta Malone, a

former employee of Time Warner Cable and who died on March 18, 2014, in Jefferson County,

Kentucky.

      2. Plaintiff, ███████████████████████ is the minor son of the late Jacinta C.

Malone, who passed away on or about March 18, 2014, in Jefferson County, Kentucky.  Starling

resides in Jefferson County, Kentucky with his aunt, Quintina, McDowell f/k/a Quintina Gore,

who has had legal custody of him since April 30, 2014.

Filed                    20-CI-001491    02/26/2020        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest      20-CI-001491    02/26/2020        /s/David L. Nicholson, Jefferson Circuit Clerk

Package:000003 of 000007

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000003 of 000007

Filed                  20-CI-001491   02/26/2020       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest      20-CI-001491   02/26/2020       /s/David L. Nicholson, Jefferson Circuit Clerk

3.  Javey L. Brown ("Javey") is an adult son of the late Jacinta C. Malone and resides in Allen, Texas.  He was a minor at the time of his mother's death and turned 18 in 2016.

4.  Defendant, The Prudential Life Insurance Company of America ("Prudential"), is a company principally engaged in the business of life insurance and doing business Louisville, Jefferson County, Kentucky.  It issued an insurance policy that insured the life of Jacinta Malone.

4.  The Plaintiffs' claims exceed the amount needed to vest jurisdiction in Jefferson Circuit Court.

5.  Jefferson Circuit Court has personal jurisdiction and is the proper venue to hear this case and controversy.

## BACKGROUND

6.  Plaintiffs reallege, reaffirm, and incorporate by reference all prior statements contained in this Complaint.

7.  The deceased, Jacinta Malone, was an employee of Time Warner Cable at the time of her death on March 18, 2014, and an insured under one or more policies of insurance that was issued to her by virtue of her employment.

8.  In April of 2014, McDowell petitioned the Jefferson Probate Court in Louisville Jefferson County, Kentucky to appointed her as Adminstratrix of the Estate of Jacinta Malone. The Court appointed her as Administratrix.

9.  To obtain information about the life insurance policy, McDowell contacted representatives from Prudential to learn the amount of the benefits and the identity of the beneficiaries.

Package:000004 of 000007

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000004 of 000007

Filed                  20-CI-001491   02/26/2020       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest      20-CI-001491   02/26/2020       /s/David L. Nicholson, Jefferson Circuit Clerk

Filed                    20-CI-001491    02/26/2020          David L. Nicholson, Jefferson Circuit Clerk
A true copy attest      20-CI-001491    02/26/2020          /s/David L. Nicholson, Jefferson Circuit Clerk

10. Prudential representatives informed her that the primary beneficiary of the policy was changed to Tiffani Q. Graves, the deceased's aunt, on March 26, 2014, a date <u>after</u> the insured's death, by a telephone call, and that Tiffani Q. Graves received the full life insurance proceeds of approximately $147,000.

11.  Prudential requires that any changes to beneficiary designations occur only in writing or online to be valid.

12.  Despite multiple requests over a period of years, Prudential has produced no documentation that shows a valid change in beneficiary designation to Tiffani Graves.

13.  Prudential engaged in a pattern of obfuscation and concealment to prevent disclosure of its wrongful handling and payment of proceeds to Tiffani Graves.

14.  Prudential's records reflect that ███████ and Javey were primary co-beneficiaries of the policy at the time of Malone's death and as recently as February 6, 2014, one month before.

## CLAIMS

15.  Prudential wrongfully paid $147,000 in proceeds to the deceased's aunt, Tiffani Q. Graves, that should have been issued to the deceased's children, ███████ and Javey.

16.  Prudential has fraudulently concealed information and documentation concerning the claim, thus necessitating this litigation.

17.  By its acts and omissions, Prudential has breached its contract of insurance, breached fiduciary duties, and committed common law bad faith.

18.  Further, by its acts and omissions, Prudential violated the Unfair Claims Settlement Practice Act contained in KRS 304.12-230.

19. These acts and omissions include but are not limited to:

3

Package:000005 of 000007

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000005 of 000007

Filed              20-CI-001491   02/26/2020          David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   20-CI-001491   02/26/2020          /s/David L. Nicholson, Jefferson Circuit Clerk

**(a)** Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

**(b)** Failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies;

**(c)** Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies;

**(d)** Refusing to pay claims without conducting a reasonable investigation based upon all available information;

**(e)** Not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear;

**(f)** Attempting to settle claims on the basis of an application which was altered without notice to, or knowledge or consent of the insured;

**(g)** Failing to promptly provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement.

20.  Plaintiffs have suffered and are entitled to compensatory and punitive damages and other relief, including a reasonable attorney fee.

WHEREFORE, PLAINTIFFS DEMAND THE FOLLOWING RELIEF:

1.  Judgment that states that Plaintiffs are the beneficiaries of the subject life insurance policy(ies).

2.  Compensatory damages, including payment of the life insurance proceeds of approximately $147,000;

3.  Pre-judgment and post judgment interest at the applicable legal rate(s);

4.  Trial by jury on all issues so triable;

5.  Court costs;

6.  Leave to amend their pleadings;

7.  Attorney fees;

4

Package : 000006 of 000007

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000006 of 000007

Filed              20-CI-001491   02/26/2020          David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   20-CI-001491   02/26/2020          /s/David L. Nicholson, Jefferson Circuit Clerk

Filed                    20-CI-001491   02/26/2020        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest       20-CI-001491   02/26/2020        /s/David L. Nicholson, Jefferson Circuit Clerk

8. Punitive damages; and

9. Any and all relief to which they appear properly entitled in law and in equity.

RESPECTFULLY SUBMITTED,


/s/ T. Scott Abell
T. Scott Abell
Abell Rose LLC
108 S. Madison Avenue
Louisville, KY 40243
(502) 450-5611
sabell@abellroselaw.com
*Counsel for Plaintiffs*

Package:000007 of 000007

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000007 of 000007

5

Filed                    20-CI-001491   02/26/2020        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest       20-CI-001491   02/26/2020        /s/David L. Nicholson, Jefferson Circuit Clerk